**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BERNT WALTHER VON GRABE,**

        **Plaintiff,**

-vs-                                              Case No. 6:09-cv-2162-Orl-31GJK

**U.S. DEPARTMENT OF HOMELAND SECURITY and SOCIAL SECURITY ADMINISTRATION,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Plaintiff's response (Doc. 25) to the Motion to Dismiss (Doc. 21) filed by Defendant Social Security Administration ("SSA"). The SSA is hereby ordered to file a response, on or before May 12, 2010, to the Plaintiff's contention that he filed an appeal of the initial determination denying retirement benefits. The response shall not exceed five pages absent leave of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 30, 2010.

                                                                       GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party