**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BERNT WALTHER VON GRABE,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:09-cv-2162-Orl-31GJK**

**U.S. DEPARTMENT OF HOMELAND SECURITY and SOCIAL SECURITY ADMINISTRATION,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ORDER CONVENING THREE JUDGE PANEL (Doc. No. 40)**
>
> **FILED:** May 7, 2010
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 10, 2010.

                                                  GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party