**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**BERNT WALTHER VON GRABE,**

      **Plaintiff,**

-vs-                                          Case No. 6:09-cv-2162-Orl-31GJK

**U.S. DEPARTMENT OF HOMELAND SECURITY, STATE OF FLORIDA, GOVERNOR OF THE STATE OF FLORIDA, FLORIDA HOSPITAL, JOHN DOE 1, JOHN DOE 2, and JANE DOE,**

      **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   ETHICS COMPLAINT AND MOTION FOR RECUSAL (Doc. No. 106)
>
> **FILED:**   September 17, 2010
>
> _____
>
> **THEREON** it is **ORDERED** that, to the extent the document constitutes a motion for recusal, it lacks any legal or factual foundation and is **DENIED**. To the extent that the document constitutes an ethics complaint, it is **REFERRED** to Chief Judge Anne Conway for submission to the Chief of the Eleventh Circuit for that Court's consideration.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 20, 2010.

                                                                      _/s/ Gregory A. Presnell_
                                                                      **GREGORY A. PRESNELL**
                                                                **UNITED STATES DISTRICT JUDGE**

**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**BERNT WALTHER VON GRABE,**

    **Plaintiff,**

-vs-                             Case No. 6:09-cv-2162-Orl-31GJK

**U.S. DEPARTMENT OF HOMELAND SECURITY, STATE OF FLORIDA, GOVERNOR OF THE STATE OF FLORIDA, FLORIDA HOSPITAL, JOHN DOE 1, JOHN DOE 2, and JANE DOE,**

    **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   ETHICS COMPLAINT AND MOTION FOR RECUSAL (Doc. No. 106)
>
> **FILED:**   September 17, 2010
>
> _____
>
> **THEREON** it is **ORDERED** that, to the extent the document constitutes a motion for recusal, it lacks any legal or factual foundation and is **DENIED**. To the extent that the document constitutes an ethics complaint, it is **REFERRED** to Chief Judge Anne Conway for submission to the Chief of the Eleventh Circuit for that Court's consideration.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 20, 2010.

                                                    _/s/ Gregory A. Presnell_
                                                      **GREGORY A. PRESNELL**
                                       **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party